# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

| | | | |
|---|---|---|---|
| U.S.A. vs. | Rodriguez, Jr., Juan Ramon | Docket No. | 0980 2:13CR02092-033 |

**Petition for Action on Conditions of Pretrial Release**

      COMES NOW Jose Zepeda, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Juan Ramon Rodriguez, Jr., who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James P. Hutton sitting in the court at Yakima, Washington, on the 18th day of September 2014 under the following conditions:

**Condition #9**: Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances, defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner. Defendant may not possess or use marijuana, regardless of whether or not the defendant has been prescribed a medical marijuana card.

**Special Condition #2**: Defendant shall abstain totally from the use of alcohol.

    RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1:** Mr. Rodriguez tested positive for cocaine on January 14, 2014.

On February 4, 2014, the probation office received a fax from Dependency Health Services indicating Mr. Rodriguez submitted to random urinalysis testing on January 14, 2014, which returned positive for the presence of cocaine. The positive drug test was confirmed by Sterling Reference Laboratories.

On February 5, 2014, Mr. Rodriguez was confronted regarding this positive drug test to which he stated he does not know how he consumed the substance. The defendant claimed he went to a residence that is known for individuals to gather and use drugs, but denied taking part in this activity. The defendant believes someone may have put something in his cigarettes.

**Violation #2:** Mr. Rodriguez tested positive for ethyl glucuronide on January 14, 2014.

On February 4, 2014, the probation office received a fax from Dependency Health Services indicating Mr. Rodriguez submitted to random urinalysis testing on January 14, 2014, which returned positive for the presence of ethyl glucuronide. The positive drug test was confirmed by Sterling Reference Laboratories. Ethyl glucuronide is a metabolite which is formed in the body following exposure to ethanol, such as drinking alcoholic beverages.

On February 5, 2014, Mr. Rodriguez was confronted regarding this positive drug test for alcohol. The defendant advised he consumed NyQuil the night before to help with his flu like symptoms.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   02/07/2014

s/Jose Zepeda

Jose Zepeda
U.S. Pretrial Services Officer

Sworn to before me, and subscribed

Date                              at Yakima, Washington

Signature of Judicial Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[x]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

February 11, 2014

Date