PROB 12C
(7/93)

Report Date: April 2, 2014

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 02 2014

SEAN F. MCAVOY, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Juan Ramon Rodriguez, Jr.        Case Number: 0980 2:13CR02092-LRS-33

Address of Offender: ████████████████████████████████████████████████

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: March 20, 2014

| | |
|---|---|
| Original Offense: | Theft From Gaming Establishment Less Than $1,000, 18 U.S.C. § 1167(a) |
| Original Sentence: | Probation - 36 months        Type of Supervision: Probation |
| Asst. U.S. Attorney: | Alison L. Gregoire        Date Supervision Commenced: March 20, 2014 |
| Defense Attorney: | Gerald Smith        Date Supervision Expires: March 19, 2017 |

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance

1    **Special Condition # 18**: You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Rodriguez refused to provide a urine sample at Dependency Health Services on March 21, 2014.

On March 21, 2014, Mr. Rodriguez was directed by his drug and alcohol counselor to submit to urinalysis testing. According to the counselor, Mr. Rodriguez reported he needed to meet with his probation officer in addition to needing to go to Neighborhood Clinic. The defendant was directed to wait, drink some water, and provide the urine sample. Mr. Rodriguez again stated he could not provide the specimen. The defendant was warned by his counselor that failure to provide a urine sample would be noted as a refusal. Mr. Rodriguez indicated to his counselor that he understood. The defendant failed to submit to urinalysis testing as directed.

The court should note that Mr. Rodriguez did not have an appointment to meet with his probation officer.

Prob12C
Re: Rodriguez, Jr., Juan Ramon
April 2, 2014
Page 2

| | | |
|---|---|---|
| | 2 | **Special Condition # 18**: You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: Mr. Rodriguez failed to submit a random urinalysis testing at Merit Resource Services on March 27, 2014.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   April 2, 2014

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

## THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

4/2/14
Date