PROB 12C
(7/93)

Report Date: June 24, 2014

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 25 2014

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Juan Ramon Rodriguez, Jr.   Case Number: 0980 2:13CR02092-LRS-33

Address of Offender: ███████████████████████

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: March 20, 2014

| | | | |
|---|---|---|---|
| Original Offense: | Theft From Gaming Establishment Less Than $1,000, 18 U.S.C. § 1167(a) | | |
| Original Sentence: | Probation 36 Months | Type of Supervision: | Probation |
| Asst. U.S. Attorney: | Alison L. Gregoire | Date Supervision Commenced: | March 20, 2014 |
| Defense Attorney: | Rick Lee Hoffman | Date Supervision Expires: | March 19, 2017 |

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on April 1, 2014.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition # 17**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider. |
| | **Supporting Evidence**: Mr. Rodriguez failed to attend drug and alcohol treatment sessions at Dependency Health Services (DHS) on May 22, and 29, 2014. |
| 4 | **Special Condition # 18**: You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Mr. Rodriguez failed to submit to urinalysis testing at DHS on May 29, 2014. |
| | According to Mr. Rodriguez' drug and alcohol counselor, the defendant was called twice on May 29, 2014, and was instructed to report for a random drug test. The counselor reported Mr. Rodriguez failed to report for urinalysis testing as instructed. |

Prob12C
Re: Rodriguez, Jr., Juan Ramon
June 24, 2014
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: June 24, 2014

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Other

Signature of Judicial Officer

6/26/14
Date