PROB 12C
(7/93)

Report Date: July 3, 2014

# United States District Court

### for the



FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL - 7 2014

SEAN F. McAVOY, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Juan Ramon Rodriguez          Case Number: 0980 2:13CR02092-LRS-33

Address of Offender: ███████████████████████████

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: March 20, 2014

Original Offense:     Theft From Gaming Establishment Less Than $1,000, 18 U.S.C. § 1167(a)

Original Sentence:     Probation 36 months          Type of Supervision: Probation

Asst. U.S. Attorney:     Alison L. Gregoire          Date Supervision Commenced: March 20, 2014

Defense Attorney:     Rick Lee Hoffman          Date Supervision Expires: March 19, 2017

---

## PETITIONING THE COURT

       **To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on April 1, and June 24, 2014.**

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 5 | **Special Condition # 16**: You shall complete a mental health evaluation and follow any treatment recommendations of the evaluating professional which do not require forced or psychotropic medication and/or inpatient confinement absent further order of the Court. You shall allow reciprocal release of information between the supervising officer and treatment provider.  You shall contribute to the cost of treatment according to your ability to pay. |

       **Supporting Evidence**: Mr. Rodriguez has failed to participate in mental health counseling as directed at Central Washington Comprehensive Mental Health (CWCMH) for the months of May and June 2014.

       According to Mr. Rodriguez' mental health counselor, the defendant last participated in mental health treatment on April 18, 2014.  Since then, Mr. Rodriguez has also failed to show for scheduled appointments on May 16, and 23, 2014.  The counselor stated the defendant called and left her a message on June 4, 2014, indicating he found a job and he no longer needed mental health counseling. Mr. Rodriguez has not returned for services.

| 6 | **Special Condition # 19**: You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from this substance. |

Prob12C
**Re: Rodriguez, Juan Ramon**
**July 3, 2014**
**Page 2**

<table>
<tr><td></td><td><u>**Supporting Evidence**</u>: Mr. Rodriguez submitted a diluted urine specimen at Dependency Health Services on June 18, 2014.</td></tr>
<tr><td>7</td><td><u>**Special Condition # 19**</u>: You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.</td></tr>
</table>

<u>**Supporting Evidence**</u>: Mr. Rodriguez submitted a diluted urine specimen at Merit Resource Services on June 24, 2014.

On June 24, 2014, Mr. Rodriguez submitted a urinalysis testing which was later confirmed as specimen invalid, not consistent with normal human urine by Alere Toxicology Services, Incorporated. After Mr. Rodriguez submitted the urine specimen, he admitted he consumed two beers prior to this date.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     July 3, 2014

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

---

THE COURT ORDERS

[  ]   No Action
[  ]   The Issuance of a Warrant
[  ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[  ]   Other

Signature of Judicial Officer

7/7/14
Date