PROB 12C
(7/93)

Report Date: July 9, 2014

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 10 2014

SEAN F. McAVOY, CLERK
                    DEPUTY
YAKIMA, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Juan Ramon Rodriguez | Case Number: 0980 2:13CR02092-LRS-33 |
| Address of Offender: ███████████████ | |

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: March 20, 2014

| | | |
|---|---|---|
| Original Offense: | Theft From Gaming Establishment Less Than $1,000, 18 U.S.C. § 1167(a) | |
| Original Sentence: | Probation 36 months | Type of Supervision: Probation |
| Asst. U.S. Attorney: | Alison L. Gregoire | Date Supervision Commenced: March 20, 2014 |
| Defense Attorney: | Rick Lee Hoffman | Date Supervision Expires: March 19, 2017 |

## PETITIONING THE COURT

To issue a warrant and to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on April 01, June 24, and July 3, 2014.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 8 | **Standard Condition # 6**: The defendant shall notify the probation officer at least 10 days prior to any change in residence or employment. |
| | **Supporting Evidence**: Mr. Rodriguez failed to report a change of address as of July 9, 2014. |
| | On July 7, 2014, a voice mail message was received from Mr. Rodriguez' friend, with whom he had been living, reporting that the defendant was no longer residing at her residence. On July 9, 2014, this officer spoke with Mr. Rodriguez' friend and she indicated she had not seen or heard from the defendant since he left. Mr. Rodriguez' friend was also questioned as to how often the defendant stayed at her residence, however, she would not confirm or deny if the defendant was staying at her home. |
| | On July 9, 2014, this officer called Mr. Rodriguez' cellular telephone and left him a voice mail message directing him to either report to my office or call before the close of business today. The defendant left a voice mail message inquiring why he needed to report or call and went onto say he believed he had no reason to speak with this officer. The defendant suggested this officer call Merit Resource Services to confirm he was in compliance with everything, and added he was now homeless. |

Prob12C
**Re: Rodriguez, Juan Ramon**
**July 9, 2014**
**Page 2**

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegation contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 9, 2014

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Other

_____
Signature of Judicial Officer

7/10/14
Date